UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| TERRY CHAMBERS, | |
| Plaintiff, | |
| v. | Case No. 3:15-cv-00045-TCB |
| BLUESTEM BRANDS, INC. d/b/a Fingerhut, | |
| Defendant. | |

## NOTICE OF SETTLEMENT

NOW COMES Plaintiff, TERRY CHAMBERS ("Plaintiff"), by and through the undersigned counsel, and hereby informs the Court that a settlement of the present matter has been reached and all parties to the present matter are currently in the process of executing the aforementioned settlement agreement, which Plaintiff anticipates will be completed within the next 60 days.

Plaintiff therefore requests that this Honorable Court vacate all dates currently set on calendar for the present matter.

DATED:  June 15, 2015                    RESPECTFULLY SUBMITTED,

By: /s/ Shireen Hormozdi
Shireen Hormozdi, Esq.
Attorney for Plaintiff
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 405
Los Angeles, CA 90025
Tel: (323) 988-2400 x 267
Fax: (866) 361-1390
Email: shormozdi@consumerlawcenter.com

**CERTIFICATE OF SERVICE**

I hereby certify that on June 15, 2015, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System.  A copy of said Notice was submitted to all parties by way of the Court's CM/ECF System.

By: /s/ Shireen Hormozdi
Shireen Hormozdi
Attorney for Plaintiff